UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,      :

            Plaintiff,      :       2003 NOV -3  P 12: 45

      v.                  :       US DISTRICT COURT
                                      HARTFORD CT
Levine E. Albert,              :       COURT NO: 3:03CV00286 (CFD)

            Defendant,      :

      and                 :
City of Hartford
Department of Personnel         :
550 Main St.
Hartford, CT06103              :

           Garnishee.      :

### EX PARTE APPLICATION FOR
### WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $7,880.05 and post-judgment interest at the rate of 1.13%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a Federal Aviation penalty. The judgment debtor has failed to make any payment pursuant to said demand. The total balance due as of October 30, 2003 is $7,917.38.

The judgment debtor, Levine E. Albert's, last known address is 150 Sisson Ave., Hartford, Connecticut 06105-4008 and the debtor's social security number is 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.

The Garnishee is believed to be an employer of the judgment debtor, or the Garnishee otherwise owes or will owe disposable earnings to the judgment debtor and said property is a substantial non exempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is:

    name:  **City of Hartford**
   address:  **Department of Personnel**
        **550 Main St.**
        **Hartford, CT 06103**
    phone:  **860-543-8090**

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        CHRISTINE SCIARRINO
        ASSISTANT U.S. ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT  06508
        (203) 821-3700
        FED BAR NO. CT 03393