| U.S. Department of Justice United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|
| | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3: 03CV00286 (CFD) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Levine E. Albert | Writ of Garnishment |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Levine E. Albert |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 150 Sisson Ave., Hartford, Ct. 06105 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Christine Sciarrino U.S. Attorney's Office 157 Church St. New Haven, Connecticut 06510 | Number of process to be served with this Form - 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                        Fold

process includes a copy of the application, the writ, instructions to the garnishee
and the Clerk's notice

phone:   860-543-8090 543-8590                         defendant may be served at work

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 203-821-3700 | DATE 12-28/03 10-30-03 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.I.W. | 1/6/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) ENGINE II LT. DAHLMAN  * LT. GUINAZU  (860)722-8171 | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 2/3/04   Time 10:15   am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 45,- | Total Mileage Charges (including endeavors) — | Forwarding Fee — | Total Charges 45,- | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 1/13/04 Contacted by phone at Fireland. Said who it was, subject hung up phone. Called about 10 min. later, whoever ans. pl. said subject out on call, hung up phone. 1/28/04 Spoke w/ Willis STROHS AT MR. ALBERT, will give msg for ALBERT to call USM #s. 1/29/04 Endeavor at 150 Sisson, subject would not comp down there. 2/3/04 L. ALBERT refused to meet w/R. Sirvin at Fireland, about LTS, accepted this service & left business card if subject wanted to call.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|